1  Bingham McCutchen LLP
   THOMAS KUHNLE (SBN 1041641)
2  email: tom.kuhnle@bingham.com
   KRISTEN M. PEZONE (SBN 224057)
3  email: kristen.pezone@bingham.com
   1900 University Avenue
4  East Palo Alto, CA  94303
   Telephone:  650.849.4882
5  Facsimile:  650.849.4800

6  Attorneys for Defendant
   BOSTON SCIENTIFIC CORPORATION
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 DONALD MASTERS,                         No. 07-cv-03792 HRL

12         Plaintiff,                      PROOF OF SERVICE OF ORDER
                                           SETTING INTIAL CMC & ADR
13    v.                                   DEADLINES AND OTHER
                                           SUPPLEMENTARY MATERIAL
14 BOSTON SCIENTIFIC CORPORATION,
   BOSTON SCIENTIFIC CORPORATION 2000
15 LONG TERM INCENTIVE PLAN and DOES 1-
   50,
16
           Defendant.
17

18         I am over 18 years of age, not a party to this action and employed in the County

19 of San Mateo, California at 1900 University Avenue, East Palo Alto, California  94303-2223.  I

20 am readily familiar with the practice of this office for collection and processing of

21 correspondence for mailing with the United States Postal Service and correspondence is

22 deposited with the United States Postal Service that same day in the ordinary course of business.

23         Today I served the attached:

24
           ORDER SETTING INITIAL CASE MANAGEMENT
25         CONFERENCE AND ADR DEADLINES

26         ECF REGISTRATION INFORMATION HANDOUT

27         DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN
           DISTRICT OF CALIFORNIA
28

A/72130950.1/0088579-0000326656                 7

PROOF OF SERVICE

1    NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE

2    STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

3    STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

by causing a true and correct copy of the above to be placed in the United States Mail at East Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as follows:

    Robert B. Nichols
    Attorney at Law
    300 South First Street, Suite 205
    San Jose, CA  95113

    Stephen R. Pappas
    Attorney at Law
    550 S. California Ave., Suite 320
    Palo Alto, CA  94306

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 1, 2007.

_____
Mary Maggini