Bingham McCutchen LLP
THOMAS KUHNLE (SBN 1041641)
email: tom.kuhnle@bingham.com
KRISTEN M. PEZONE (SBN 224057)
email: kristen.pezone@bingham.com
1900 University Avenue
East Palo Alto, CA 94303
Telephone: 650.849.4882
Facsimile: 650.849.4800

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD MASTERS,<br><br>      Plaintiff,<br><br>  v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC CORPORATION 2000 LONG TERM INCENTIVE PLAN and DOES 1-50,<br><br>      Defendant. | No. 5:07-cv-03792-HRL<br><br>DEFENDANT BOSTON SCIENTIFIC CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 3, 2007            Bingham McCutchen LLP

                                          By: _____
                                                    Kristen M. Pezone
                                                 Attorneys for Defendant
                                     BOSTON SCIENTIFIC CORPORATION