1  Bingham McCutchen LLP
   THOMAS KUHNLE (SBN 1041641)
2  email:  tom.kuhnle@bingham.com
   KRISTEN M. PEZONE (SBN 224057)
3  email:  kristen.pezone@bingham.com
   1900 University Avenue
4  East Palo Alto, CA  94303
   Telephone:  650.849.4882
5  Facsimile:  650.849.4800

6  Attorneys for Defendant
   BOSTON SCIENTIFIC CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  DONALD MASTERS,                          No. 5:07-cv-03792-HRL

                   Plaintiff,              DEFENDANT BOSTON SCIENTIFIC
13          v.                             CORPORATION'S CORPORATE
                                           DISCLOSURE STATEMENT
14  BOSTON SCIENTIFIC CORPORATION,
    BOSTON SCIENTIFIC CORPORATION 2000
15  LONG TERM INCENTIVE PLAN and DOES 1-
    50,
16
                   Defendant.
17

18         Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned, counsel of

19  record for Defendant Boston Scientific Corporation, hereby certifies that the following named

20  corporation(s) is/are a publicly held corporation(s) that own(s) greater than 10% of the stock of

21  Boston Scientific Corporation:

22         •   None.

23  DATED:  August 3, 2007            Bingham McCutchen LLP

24

25                                    By:_____
                                           Kristen M. Pezone
26                                         Attorneys for Defendant
                                       BOSTON SCIENTIFIC CORPORATION
27

28
    A/72131467.2/0088579-0000326656

                        CORPORATE DISCLOSURE STATEMENT