ROBERT B. NICHOLS (SB# 224763)
300 S. 1st St., Suite 205
San Jose, CA 95113
Telephone: (408) 298-9755
Facsimile: (408) 298-9699
nichols@nicholslawgroup.com

STEPHEN R. PAPPAS (SB# 158560)
550 S. California Ave. #320
Palo Alto, CA 94306
Telephone: 858-8400
Facsimile: (650) 858-8508

Attorneys for Plaintiff
DONALD MASTERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **DONALD MASTERS**, <br>       Plaintiff, <br><br>   vs. <br><br> **BOSTON SCIENTIFIC CORPORATION**, <br> **BOSYON SCIENTIFIC CORPORATION 2000 LONG TERM INCENTIVE PLAN and DOES 1-50**, <br>       Defendant. | No. 5:07-cv-03792-HRL <br><br> PLAINTIFF DONALD MASTERS' FORMAL DEMAND FOR JURY TRIAL |

## FORMAL DEMAND FOR JURY TRIAL

Plaintiff Donald Masters hereby formally requests trial by jury.

                                          **/s/ Robert B. Nichols**
                                          Robert B. Nichols
                                          Attorney for Plaintiff
                                          Donald Masters