ROBERT B. NICHOLS (SB# 224763)
300 S. 1st St., Suite 205
San Jose, CA 95113
Telephone: (408) 298-9755
Facsimile: (408) 298-9699
nichols@nicholslawgroup.com

STEPHEN R. PAPPAS (SB# 158560)
550 S. California Ave. #320
Palo Alto, CA 94306
Telephone: 858-8400
Facsimile: (650) 858-8508

Attorneys for Plaintiff
DONALD MASTERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| **DONALD MASTERS**,<br>　　　　Plaintiff,<br><br>　vs.<br><br>**BOSTON SCIENTIFIC CORPORATION,<br>BOSYON SCIENTIFIC CORPORATION 2000<br>LONG TERM INCENTIVE PLAN and DOES 1-<br>50**,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 5:07-cv-03792-HRL<br><br>PLAINTIFF DONALD MASTERS'<br>CERTIFICATION OF<br>INTERESTED ENTITIES OR<br>PERSONS |

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 17, 2007

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Robert B. Nichols**
　　　　　　　　　　　　　　　　　　　　　　　Robert B. Nichols
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　Donald Masters


　　　　　　　　　　　　　　　　　　　　　　　**/s/ Donald Masters**
　　　　　　　　　　　　　　　　　　　　　　　Plaintiff Donald Masters