ROBERT B. NICHOLS (SB# 224763)
300 S. 1st St., Suite 205
San Jose, CA 95113
Telephone: (408) 298-9755
Facsimile: (408) 298-9699
nichols@nicholslawgroup.com

STEPHEN R. PAPPAS (SB# 158560)
550 S. California Ave. #320
Palo Alto, CA 94306
Telephone: 858-8400
Facsimile: (650) 858-8508

Attorneys for Plaintiff
DONALD MASTERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | | |
|---|---|---|
| **DONALD MASTERS**, | ) | No. 5:07-cv-03792-HRL |
| Plaintiff, | ) | |
| | ) | DECLINATION TO PROCEED |
| vs. | ) | BEFORE A MAGISTRATE JUDGE |
| | ) | AND |
| **BOSTON SCIENTIFIC CORPORATION**, | ) | REQUEST FOR REASSIGNMENT |
| **BOSYON SCIENTIFIC CORPORATION 2000** | ) | TO A UNITED STATES DISTRICT |
| **LONG TERM INCENTIVE PLAN and DOES 1-** | ) | JUDGE |
| **50**, | ) | |
| Defendant. | ) | |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dates: September 17, 2007

<u>**/s/ Robert B. Nichols**</u>
Robert B. Nichols
Attorney for Plaintiff

---

Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;
Case No. 5:07-cv-03792-HRL