1  Bingham McCutchen LLP
   THOMAS E. KUHNLE (SBN 1041641)
2  email:  tom.kuhnle@bingham.com
   KRISTEN M. PEZONE (SBN 224057)
3  email:  kristen.pezone@bingham.com
   1900 University Avenue
4  East Palo Alto, CA  94303
   Telephone:  650.849.4882
5  Facsimile:  650.849.4800

6  Attorneys for Defendant
   BOSTON SCIENTIFIC CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

| DONALD MASTERS, | No. 5:07-cv-03792-HRL |
|---|---|
| Plaintiff, | DEFENDANT'S OBJECTION TO PLAINTIFF'S UNTIMELY DEMAND FOR JURY TRIAL |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC CORPORATION 2000 LONG TERM INCENTIVE PLAN and DOES 1-50, | |
| Defendant. | |

Defendant Boston Scientific Corporation ("Boston Scientific") objects to Plaintiff Donald Masters' ("Masters") Formal Demand for Jury Trial filed today.  Pursuant to Rules 38(b) and 81(c) of the Federal Rules of Civil Procedure, Masters had 10 days after service of the notice of removal to file a demand for trial by jury.  Boston Scientific served Masters with a notice of removal on July 24, 2007.  Consequently, the jury demand filed today is untimely and Masters has waived his right to a jury trial.  *See* Fed. R. Civ. Proc. 38(d), 81(c).

A/72220218.1/0088579-0000326656

DEFENDANT'S OBJECTION TO PLAINTIFF'S UNTIMELY DEMAND FOR JURY TRIAL

1  DATED:  September 20, 2007          Bingham McCutchen LLP

3                                        By:___*[signature: Kristen Pezone]*___
                                           Kristen M. Pezone
4                                          Attorneys for Defendant
                                           BOSTON SCIENTIFIC CORPORATION