UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Donald D Masters,<br><br>    Plaintiff,<br><br> v.<br><br>Boston Scientific Corporation, et. al.,<br><br>    Defendants._____/ | No. C07-03792<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

      PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 30, 2007 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **November 5, 2007 at 10:00 a.m..**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on October 29, 2007.

      If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: September 21, 2007

      RICHARD W. WIEKING, Clerk
      United States District Court

      /s/*Patty Cromwell*
      By: Patty Cromwell
      Courtroom Deputy Clerk for
      Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Thomas Eilif Kuhnle    Tom.Kuhnle@Bingham.com

Robert Burton Nichols , Jr    nichols@nicholslawgroup.com, sally@nicholslawgroup.com

Stephen Robert Pappas    PALaw21@aol.com

Kristen Pezone    kristen.pezone@bingham.com, mary.maggini@bingham.com