1  ROBERT B. NICHOLS (SB# 224763)
   nichols@nicholslawgroup.com
2  300 S. 1st St., Suite 205
   San Jose, CA 95113
3  Telephone: (408) 298-9755
   Facsimile: (408) 298-9699
4
5  STEPHEN R. PAPPAS (SB# 158560)
   550 S. California Ave. #320
6  Palo Alto, CA 94306
   Telephone: 858-8400
7  Facsimile: (650) 858-8508
8  Attorneys for Plaintiff
9  DONALD MASTERS

10 Bingham McCutchen LLP
   THOMAS E. KUHNLE (SB# 178055)
11 tom.kuhnle@bingham.com
   KRISTEN M. PEZONE (SB# 224057)
12 kristen.pezone@bingham.com
   1900 University Ave.
13 East Palo Alto, CA 94303
   Telephone: (650) 849-4400
14 Facsimile: (650) 849-4800
15
16 Attorneys for Defendant
   BOSTON SCIENTIFIC CORPORATION
17
                 UNITED STATES DISTRICT COURT
18               NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
19 DONALD MASTERS,                )  No. 5:07-cv-03792-JW
                  Plaintiff,      )
20                                )  STIPULATION AND
                                  )  [PROPOSED] AMENDED
21       vs.                      )  ORDER EXTENDING
                                  )  SCHEDULE FOR INITIAL
22                                )  CASE MANAGEMENT
                                  )  CONFERENCE AND ADR
23 BOSTON SCIENTIFIC CORPORATION, )  DEADLINES
   BOSYON SCIENTIFIC CORPORATION 2000 )
24 LONG TERM INCENTIVE PLAN)      )
   and DOES 1-50,                 )
25                                )
                  Defendant.      )
26 _____

27     **STIPULATION AND [PROPOSED] AMENDED ORDER EXTENDING SCHEDULE
28       FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

---

Stipulation and [Proposed] Amended Order Setting Initial Case Management Conference and ADR Deadlines; Case No. 5:07-cv-03792-HRL; Page 1 of 2



**WHEREAS**, Mr. Masters is seeking new counsel and needs time to replace existing counsel;

WHEREAS, all parties and their counsel stipulate to and request the Court's approval of the following extension of the Court's Initial Order Setting Initial Case Management Conference and ADR Deadlines.

### CASE SCHEDULE –ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 2/5/2008 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) & ADR L.R. 3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil_L.R. 16-8 |
| 2/19/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1)<br>Civil_L.R. 16-9 |
| 2/26/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 5th Floor SJ at 1:30 PM | Civil_L.R. 16-10 |

/s/ **Robert B. Nichols**
Robert B. Nichols
Attorney for Plaintiff
Donald Masters

/s/ **Thomas E Kuhnle**
Thomas E. Kuhnle
Attorney for Defendant
Boston Scientific Corporation

San Jose, California, this _____ day of _____, 2007.

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE