

DENIED WITHOUT PREJUDICE
*James Ware*
Judge James Ware
10/4/2007

ROBERT B. NICHOLS (SB# 224763)
nichols@nicholslawgroup.com
300 S. 1st St., Suite 205
San Jose, CA 95113
Telephone: (408) 298-9755
Facsimile: (408) 298-9699

STEPHEN R. PAPPAS (SB# 158560)
550 S. California Ave. #320
Palo Alto, CA 94306
Telephone: 858-8400
Facsimile: (650) 858-8508

Attorneys for Plaintiff
DONALD MASTERS

Bingham McCutchen LLP
THOMAS E. KUHNLE (SB# 178055)
tom.kuhnle@bingham.com
KRISTEN M. PEZONE (SB# 224057)
kristen.pezone@bingham.com
1900 University Ave.
East Palo Alto, CA 94303
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DONALD MASTERS,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>BOSTON SCIENTIFIC CORPORATION,<br>BOSYON SCIENTIFIC CORPORATION 2000<br>LONG TERM INCENTIVE PLAN)<br>and DOES 1-50,<br>　　　　Defendant. | No. 5:07-cv-03792-JW<br><br>STIPULATION AND<br>[PROPOSED] AMENDED<br>ORDER EXTENDING<br>SCHEDULE FOR INITIAL<br>CASE MANAGEMENT<br>CONFERENCE AND ADR<br>DEADLINES |

**STIPULATION AND [PROPOSED] AMENDED ORDER EXTENDING SCHEDULE FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

---

Stipulation and [Proposed] Amended Order Setting Initial Case Management Conference and ADR Deadlines; Case No. 5:07-cv-03792-HRL; Page 1 of 2

WHEREAS, Mr. Masters is seeking new counsel and needs time to replace existing counsel;

WHEREAS, all parties and their counsel stipulate to and request the Court's approval of the following extension of the Court's Initial Order Setting Initial Case Management Conference and ADR Deadlines.

**CASE SCHEDULE –ADR MULTI-OPTION PROGRAM**

| Date | Event | Governing Rule |
|---|---|---|
| 2/5/2008 | Last day to: <br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan <br>• file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | FRCivP 26(f) & ADR L.R. 3-5 <br><br><br><br>Civil L.R. 16-8 |
| 2/19/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1) <br>Civil L.R. 16-9 |
| 2/26/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 2, 5th Floor SJ at 1:30 PM | Civil L.R. 16-10 |

/s/ Robert B. Nichols
Robert B. Nichols
Attorney for Plaintiff
Donald Masters

/s/ Thomas E Kuhnle
Thomas E. Kuhnle
Attorney for Defendant
Boston Scientific Corporation

San Jose, California, this __4__ day of ___October___, 2007.

**IT IS SO ORDERED:**
The parties are welcome to file an amended Stipulation.



JAMES WARE
UNITED STATES DISTRICT JUDGE

DENIED WITHOUT PREJUDICE
Judge James Ware

Stipulation and [Proposed] Amended Order Setting Initial Case Management Conference and ADR Deadlines; Case No. 5:07-cv-03792-HRL; Page 2 of 2