ROBERT B. NICHOLS (SB# 224763)
nichols@nicholslawgroup.com
300 S. 1st St., Suite 205
San Jose, CA 95113
Telephone: (408) 298-9755
Facsimile: (408) 298-9699

STEPHEN R. PAPPAS (SB# 158560)
550 S. California Ave. #320
Palo Alto, CA 94306
Telephone: 858-8400
Facsimile: (650) 858-8508

Attorneys for Plaintiff
DONALD MASTERS

Bingham McCutchen LLP
THOMAS E. KUHNLE (SB# 178055)
tom.kuhnle@bingham.com
KRISTEN M. PEZONE (SB# 224057)
kristen.pezone@bingham.com
1900 University Ave.
East Palo Alto, CA 94303
Telephone: (650) 849-4400
Facsimile: (650) 849-4800

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DONALD MASTERS,<br>    Plaintiff,<br><br>    vs.<br><br>BOSTON SCIENTIFIC CORPORATION,<br>BOSYON SCIENTIFIC CORPORATION 2000<br>LONG TERM INCENTIVE PLAN)<br>and DOES 1-50,<br>    Defendant. | No. 5:07-cv-03792-JW<br><br>STIPULATION AND<br>[PROPOSED] AMENDMENT TO<br>SCHEDULING ORDER<br>FOR INITIAL CASE<br>MANAGEMENT CONFERENCE<br>AND ADR DEADLINE<br><br>Date:  February 25, 2007<br>Time:  10:00 a.m.<br>Courtroom 8, 4th Floor SJ |

**STIPULATION AND [PROPOSED] AMENDMENT TO SCHEDULING ORDER FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE**

1    **WHEREAS**, this case was recently reassigned to the Honorable James Ware;

2    **WHEREAS**, the Clerk's Notice of Impending Reassignment set the Case Management

3 Conference for 10:00 a.m., Monday, November 5, 2007 and set the date for submitting the Joint

4 Case Management Statement and Proposed Order as October 29, 2007;

5    **THEREFORE**, all parties and their counsel stipulate to and request the Court's approval

6 of the following extension of the Court's Initial Order Setting Initial Case Management

7 Conference and ADR Deadlines.

8    **CASE SCHEDULE –ADR MULTI-OPTION PROGRAM**

| Date | Event | Governing Rule |
|------|-------|----------------|
| 2/4/2008 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) &<br>ADR L.R. 3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil_L.R. 16-8 |
| 2/18/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1)<br>Civil_L.R. 16-9 |
| 2/25/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 8, 4th Floor SJ at 10:00 a.m. | Civil_ L.R. 16-10 |

**/s/ Robert B. Nichols**
Robert B. Nichols
Attorney for Plaintiff
Donald Masters

**/s/ Thomas E Kuhnle**
Thomas E. Kuhnle
Attorney for Defendant
Boston Scientific Corporation

**[PROPOSED] ORDER AMENDING SCHEDULING ORDER FOR INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**IT IS ORDERED THAT** the Case Schedule is amended as follows:

### CASE SCHEDULE –ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 2/4/2008 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP_26(f) &<br>ADR L.R. 3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil_L.R. 16-8 |
| 2/18/2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1)<br>Civil_L.R. 16-9 |
| 2/25/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 8, 4th Floor SJ at 10:00 a.m. | Civil_L.R. 16-10 |

The Case Management is continued from November 5, 2007 to February 25, 2008. The parties shall file a joint case management conference statement by 2/15/2008.

Date: October 4, 2007

_____

JAMES WARE
UNITED STATES DISTRICT JUDGE