ROBERT B. NICHOLS (SB# 224763)
nichols@nicholslawgroup.com
300 S. 1st St., Suite 205
San Jose, CA 95113
Telephone: (408) 298-9755
Facsimile: (408) 298-9699

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| **DONALD MASTERS,** | ) | **No. 5:07-cv-03792-JW** |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **NOTICE OF WITHDRAWAL** |
| **vs.** | ) | |
| | ) | |
| | ) | |
| **BOSTON SCIENTIFIC CORPORATION,** | ) | |
| **BOSYON SCIENTIFIC CORPORATION 2000** | ) | |
| **LONG TERM INCENTIVE PLAN)** | ) | |
| **and DOES 1-50,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF WITHDRAWAL BY ROBERT B NICHOLS

Notice is hereby given that Robert B. Nichols has withdrawn from representation of Donald Masters in this case so that he may obtain new counsel.

**/s/ Robert B. Nichols**
Robert B. Nichols
Attorney for Plaintiff
Donald Masters