STEPHEN R. PAPPAS (SB# 158560)
550 S. California Ave. #320
Palo Alto, CA 94306
Telephone: 858-8400
Facsimile: (650) 858-8508

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **DONALD MASTERS,** | ) | No. 5:07-cv-03792-JW |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **NOTICE OF WITHDRAWAL** |
| **vs.** | ) | |
| | ) | |
| | ) | |
| **BOSTON SCIENTIFIC CORPORATION,** | ) | |
| **BOSYON SCIENTIFIC CORPORATION 2000** | ) | |
| **LONG TERM INCENTIVE PLAN)** | ) | |
| **and DOES 1-50,** | ) | |
| **Defendant.** | ) | |

_____

**NOTICE OF WITHDRAWAL BY STEPHEN R. PAPPAS**

Notice is hereby given that Stephen R. Pappas has withdrawn from representation of

Donald Masters in this case so that he may obtain new counsel.

<u>**/s/ Stephen R. Pappas**</u>
Stephen R. Pappas
Attorney for Plaintiff
Donald Masters