ROBERT B. NICHOLS (SB# 224763)
nichols@nicholslawgroup.com
300 S. 1st St., Suite 205
San Jose, CA 95113
Telephone: (408) 298-9755
Facsimile: (408) 298-9699

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DONALD MASTERS,<br>   Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION,<br>BOSYON SCIENTIFIC CORPORATION 2000<br>LONG TERM INCENTIVE PLAN)<br>and DOES 1-50,<br>   Defendant. | No. 5:07-cv-03792-JW<br><br>NOTICE OF WITHDRAWAL |

**NOTICE OF WITHDRAWAL BY ROBERT B NICHOLS**

Notice is hereby given that Robert B. Nichols has withdrawn from representation of Donald Masters in this case so that he may obtain new counsel.

         **/s/ Robert B. Nichols**
         Robert B. Nichols
         Attorney for Plaintiff
         Donald Masters

**********

**ORDER**

Robert B. Nichols shall remain as counsel of record for the purposes of receiving and providing legal documents until there is identification of substitute counsel. Plaintiff shall file Notice of Substitute Counsel within thirty (30) days from the date of this Order.

Dated: November 5, 2007

         _____
         JAMES WARE
         United States District Judge