STEPHEN R. PAPPAS (SB# 158560)
550 S. California Ave. #320
Palo Alto, CA 94306
Telephone: 858-8400
Facsimile: (650) 858-8508

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DONALD MASTERS,            )<br>            Plaintiff,        )<br>                              )<br>                              )<br>    vs.                       )<br>                              )<br>                              )<br>BOSTON SCIENTIFIC CORPORATION, )<br>BOSYON SCIENTIFIC CORPORATION 2000 )<br>LONG TERM INCENTIVE PLAN)  )<br>and DOES 1-50,               )<br>            Defendant.       ) | No. 5:07-cv-03792-JW<br><br>NOTICE OF WITHDRAWAL |

### NOTICE OF WITHDRAWAL BY STEPHEN R. PAPPAS

Notice is hereby given that Stephen R. Pappas has withdrawn from representation of Donald Masters in this case so that he may obtain new counsel.

/s/ Stephen R. Pappas
Stephen R. Pappas
Attorney for Plaintiff
Donald Masters

**********

**ORDER**

Stephen R. Pappas shall remain as counsel of record for the purposes of receiving and providing legal documents until there is identification of substitute counsel. Plaintiff shall file Notice of Substitute Counsel within thirty (30) days from the date of this Order.

Dated: November 5, 2007

_____
JAMES WARE
United States District Judge

Nichols Notice of Withdrawal; Case No. 5:07-cv-03792-JW; Page 1 of 1