AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

DONALD MASTERS

Plaintiff (s),

V.

BOSTON SCIENTIFIC CORPORATION, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:07-cv-03792-SW

Notice is hereby given that, subject to approval by the court, Donald Masters substitutes
(Party (s) Name)

Gregory S. Cavallo , State Bar No. 173270 as counsel of record in
(Name of New Attorney)

place of Stephen R. Pappas.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Shopoff & Cavallo LLP

Address: 505 Sansome Street, Suite 1505, San Francisco, CA 94111

Telephone: 415-984-1975 Facsimile 415-984-1978

E-Mail (Optional): greg@shopoffcavallo.com

I consent to the above substitution.

Date: December 21, 2007

Donald Masters

(Signature of Party (s))

I consent to being substituted.

Date: December 21, 2007

Stephen R. Pappas

(Signature of Former Attorney (s))

Gregory S. Cavallo

I consent to the above substitution.
Date: January 7, 2008

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com