✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

DONALD MASTERS

<table>
<tr><td>Plaintiff (s),</td><td rowspan="2"><b>CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY</b></td></tr>
<tr><td align="center">V.</td></tr>
</table>

BOSTON SCIENTIFIC CORPORATION, et al.

Defendant (s),

CASE NUMBER: 5:07-cv-03792-SW

Notice is hereby given that, subject to approval by the court, <u>Donald Masters</u> substitutes
(Party (s) Name)

<u>Jeffrey W. Shopoff</u>, State Bar No. <u>46278</u> as counsel of record in
(Name of New Attorney)

place of <u>Robert B. Nichols.</u>
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Shopoff & Cavallo LLP |
| Address: | 505 Sansome Street, Suite 1505, San Francisco, CA 94111 |
| Telephone: | 415-984-1975          Facsimile 415-984-1978 |
| E-Mail (Optional): | jeff@shopoffcavallo.com |

I consent to the above substitution.

Date: January 2, 2008

Donald Masters

*(signature)*
(Signature of Party (s))

I consent to being substituted.

Date: December 21, 2007

Robert B. Nichols

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: January 8, 2008

Jeffrey W. Shopoff

*(signature)*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com

08/30/2001  18:33   0000000000                                          PAGE  01/01

➤AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### <u>Northern</u> District of <u>California</u>

DONALD MASTERS

                                                    **CONSENT ORDER GRANTING**
                          Plaintiff (s),            **SUBSTITUTION OF ATTORNEY**
              V.

BOSTON SCIENTIFIC CORPORATION, et al.               CASE NUMBER: 5:07-cv-03792-SW
                          Defendant (s),

Notice is hereby given that, subject to approval by the court,  Donald Masters _____ substitutes
                                                               (Party (s) Name)

Jeffrey W. Shopoff _____ , State Bar No.  46278 _____ as counsel of record in
            (Name of New Attorney)

place of  Robert B. Nichols. _____
                          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Shopoff & Cavallo LLP

    Address:    505 Sansome Street, Suite 1505, San Francisco, CA 94111

    Telephone:    415-984-1975 _____ Facsimile 415-984-1978

    E-Mail (Optional):  jeff@shopoffcavallo.com

I consent to the above substitution.                Donald Masters _____

Date: _____                          _____
                                                              (Signature of Party (s))

I consent to being substituted.                     Robert B. Nichols

Date:  December 21, 2007 _____               _____
                                                          (Signature of Former Attorney (s))
                                                    Jeffrey W. Shopoff

I consent to the above substitution.
Date: _____                          _____
                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                          _____
                                                                  Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com