GRANTED

*James Ware*

Judge James Ware

1/11/2008

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## __Northern__ District of __California__

DONALD MASTERS

Plaintiff (s),

V.

BOSTON SCIENTIFIC CORPORATION, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:07-cv-03792-SW

Notice is hereby given that, subject to approval by the court, __Donald Masters__ substitutes
(Party (s) Name)

__Gregory S. Cavallo__, State Bar No. __173270__ as counsel of record in
(Name of New Attorney)

place of __Stephen R. Pappas.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Shopoff & Cavallo LLP__

Address: __505 Sansome Street, Suite 1505, San Francisco, CA 94111__

Telephone: __415-984-1975__ Facsimile __415-984-1978__

E-Mail (Optional): __greg@shopoffcavallo.com__

I consent to the above substitution.

Date: December 21, 2007

Donald Masters

(Signature of Party (s))

I consent to being substituted.

Date: December 21, 2007

Stephen R. Pappas

(Signature of Former Attorney (s))

Gregory S. Cavallo

I consent to the above substitution.
Date: January 7, 2008

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 11, 2008

*James Ware*

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com