AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

DONALD MASTERS

                         Plaintiff(s),

V.

BOSTON SCIENTIFIC CORPORATION, et al.

                         Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:07-cv-03792-JW

GRANTED  
Judge James Ware  
1/11/2008

Notice is hereby given that, subject to approval by the court, **Donald Masters** (Party(s) Name) substitutes **Jeffrey W. Shopoff** (Name of New Attorney), State Bar No. **46278** as counsel of record in place of **Robert B. Nichols**. (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Shopoff & Cavallo LLP  
    Address: 505 Sansome Street, Suite 1505, San Francisco, CA 94111  
    Telephone: 415-984-1975     Facsimile 415-984-1978  
    E-Mail (Optional): jeff@shopoffcavallo.com

I consent to the above substitution.

Date: January 2, 2008

Donald Masters  
/s/ Donald Masters  
(Signature of Party(s))

I consent to being substituted.

Date: December 21, 2007

Robert B. Nichols  
(Signature of Former Attorney(s))

I consent to the above substitution.  
Date: January 8, 2008

Jeffrey W. Shopoff  
/s/ Jeffrey W. Shopoff  
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 11, 2008

/s/ James Ware  
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.  
www.FormsWorkflow.com

➤AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

DONALD MASTERS

                 Plaintiff (s),

V.

BOSTON SCIENTIFIC CORPORATION, et al.

                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:07-cv-03792-SW

Notice is hereby given that, subject to approval by the court, **Donald Masters** substitutes
                                                                        (Party (s) Name)

**Jeffrey W. Shopoff**, State Bar No. **46278** as counsel of record in
(Name of New Attorney)

place of **Robert B. Nichols**.
                                      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:       Shopoff & Cavallo LLP

    Address:          505 Sansome Street, Suite 1505, San Francisco, CA 94111

    Telephone:       415-984-1975         Facsimile 415-984-1978

    E-Mail (Optional):  jeff@shopoffcavallo.com

I consent to the above substitution.

Date:

                             Donald Masters

                                     (Signature of Party (s))

I consent to being substituted.

                             Robert B. Nichols

Date:   December 21, 2007

                             (Signature of Former Attorney (s))

                             Jeffrey W. Shopoff

I consent to the above substitution.
Date:

                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com