UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DONALD MASTERS

                 Plaintiff(s),

                v.

BOSTON SCIENTIFIC CORPORATION, et al.

                 Defendant(s).
_____/

CASE NO. 5:07-CV-03792-JW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process

✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   Feb. 25, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jeffrey Shopoff | Plaintiff | 415-984-1975 | jeff@shopoffcavallo.com |
| Greg Cavallo | Plaintiff | 415-984-1975 | greg@shopoffcavallo.com |
| Tom Kuhnle | Defendant | 650-849-4882 | tom.kuhnle@bingham.com |
| Kristen Pezone | Defendant | 650-849-4882 | kristen.pezone@bingham.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Feb. 4, 2008                                      /s/
                                                                        Attorney for Plaintiff

Dated: Feb. 4, 2008                                      /s/
                                                                        Attorney for Defendant

Rev 12.05