| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | THOMAS KUHNLE (SBN 178055) |
| 2 | email:  tom.kuhnle@bingham.com |
| | KRISTEN M. PEZONE (SBN 224057) |
| 3 | email:  kristen.pezone@bingham.com |
| | 1900 University Avenue |
| 4 | East Palo Alto, CA  94303 |
| | Telephone:  650.849.4400 |
| 5 | Facsimile:  650.849.4800 |
| 6 | Attorneys for Defendant |
| | BOSTON SCIENTIFIC CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | DONALD MASTERS, | No. 5:07-cv-03792-JW |
| 13 | Plaintiff, | STIPULATION AND [PROPOSED] |
| | v. | ORDER REQUESTING MAGISTRATE |
| 14 | | JUDGE SEEBORG FOR EARLY |
| | BOSTON SCIENTIFIC CORPORATION, | SETTLEMENT CONFERENCE |
| 15 | BOSTON SCIENTIFIC CORPORATION 2000 | |
| | LONG TERM INCENTIVE PLAN and DOES 1- | Before the Honorable James Ware |
| 16 | 50, | |
| 17 | Defendant. | |

WHEREAS, on February 20, 2008 all counsel participated in the Court's Alternative Dispute Resolution Telephone Conference with Howard Herman regarding the parties' request to have a United States Magistrate Judge preside over an early Settlement Conference;

WHEREAS, Mr. Herman said he would recommend that arrangement, and that the parties should raise it with Judge Ware at the Case Management Conference, which was scheduled for February 26, 2008;

WHEREAS, on February 21, 2008 Judge Ware issued a Scheduling Order and vacated the case management conference; and

1   WHEREAS, the parties were unable to discuss their request to have a United
2 States Magistrate Judge preside over an early Settlement Conference with Judge Ware and make
3 suitable arrangements.

4   THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between
5 all of the attorneys of record of the parties in this action that the parties, pursuant to the approval
6 of the Court, will have Magistrate Judge Richard Seeborg preside over their early settlement
7 conference at the convenience of the Court's calendar.

DATED: March 11, 2008            Shopoff & Cavallo LLP


By: _____/s/_____
Gregory S. Cavallo
Attorneys for Plaintiff
DONALD MASTERS

DATED: March 11, 2008            Bingham McCutchen LLP


By: _____\s_____
Thomas Kuhnle
Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

IT IS SO ORDERED.

DATED: March ___, 2008


_____
Judge Ware
United States District Court Judge