1  Bingham McCutchen LLP
   THOMAS KUHNLE (SBN 178055)
2  email: tom.kuhnle@bingham.com
   KRISTEN M. PEZONE (SBN 224057)
3  email: kristen.pezone@bingham.com
   1900 University Avenue
4  East Palo Alto, CA 94303
   Telephone: 650.849.4400
5  Facsimile: 650.849.4800

6  Attorneys for Defendant
   BOSTON SCIENTIFIC CORPORATION
7

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  DONALD MASTERS,                          No. 5:07-cv-03792-JW

13          Plaintiff,                       **ORDER REFERRING PARTIES TO**
        v.                                   **JUDGE SEEBORG FOR EARLY**
14                                           **SETTLEMENT CONFERENCE**
    BOSTON SCIENTIFIC CORPORATION,
15  BOSTON SCIENTIFIC CORPORATION 2000
    LONG TERM INCENTIVE PLAN and DOES 1-
16  50,

17          Defendant.

18

19         WHEREAS, on February 20, 2008 all counsel participated in the Court's

20  Alternative Dispute Resolution Telephone Conference with Howard Herman regarding the

21  parties' request to have a United States Magistrate Judge preside over an early Settlement

22  Conference;

23         WHEREAS, Mr. Herman said he would recommend that arrangement, and that

24  the parties should raise it with Judge Ware at the Case Management Conference, which was

25  scheduled for February 26, 2008;

26         WHEREAS, on February 21, 2008 Judge Ware issued a Scheduling Order and

27  vacated the case management conference; and

28

1        WHEREAS, the parties were unable to discuss their request to have a United States Magistrate Judge preside over an early Settlement Conference with Judge Ware and make suitable arrangements.

       THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between all of the attorneys of record of the parties in this action that the parties, pursuant to the approval of the Court, will have Magistrate Judge Richard Seeborg preside over their early settlement conference at the convenience of the Court's calendar.

DATED: March 11, 2008        Shopoff & Cavallo LLP

By:        /s/
Gregory S. Cavallo
Attorneys for Plaintiff
DONALD MASTERS

DATED: March 11, 2008        Bingham McCutchen LLP

By:        \s\
Thomas Kuhnle
Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

*** ORDER ***

The parties shall contact Judge Seeborg Chambers within ten (10) days from the date of this Order to schedule the early settlement conference.

Dated: March 17, 2008

Judge Ware
United States District Court Judge