Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
Shopoff & Cavallo LLP
505 Sansome Street, Suite 1505
San Francisco, CA 94111
Telephone: 415-984-1975
Facsimile: 415-984-1978

Attorneys for Plaintiff DONALD MASTERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD MASTERS,<br><br>　　　　　Plaintiff,<br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br>BOSTON SCIENTIFIC CORPORATION<br>2000 LONG TERM INCENTIVE PLAN, and<br>DOES 1 though 50,<br><br>　　　　　Defendants. | CASE NO. 5-07-03792 (JW)<br><br>**NOTICE OF MOTION AND MOTION BY PLAINTIFF DONALD MASTERS FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES**<br><br>Date:　　June 3, 2008<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 2, 5th Floor<br>Judge:　　Magistrate Judge Howard R. Lloyd |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that on June 3, 2008, at 10:00 a.m., in Courtroom 2, on the 5th Floor of the United States District Court for the Northern District of California, located at 280 South 1st Street, San Jose, California 95113, before the Honorable Howard R. Lloyd, plaintiff Donald Masters will and hereby does move this Court for an order granting leave to serve additional interrogatories on defendant Boston Scientific Corporation on the grounds that:

　　　(1)　the discovery sought is not unreasonably cumulative or duplicative, and it cannot be obtained from some other source that is more convenient, less burdensome, or less expensive;

　　　(2)　plaintiff Donald Masters has not had ample opportunity to obtain the information by discovery in the action;

　　　(3)　the burden or expenses of the proposed discovery does not outweigh its likely benefit; and

1   (4)   each interrogatory is necessary to the pending action.

2   This motion is based on this Notice of Motion and Motion by Plaintiff Donald Masters for Leave to Serve Additional Interrogatories, the supporting Memorandum of Points and Authorities and Declaration of James M. Robinson filed concurrently herewith, the pleadings, records and files in this action, and on such oral argument as may be presented at the time of the hearing, as well as all other matters this Court deems to be appropriate.

DATED: April 24, 2008                SHOPOFF & CAVALLO LLP


By _____/s/_____
           James M. Robinson
Attorneys for Plaintiff
DONALD MASTERS