**EXHIBIT A**

## James M. Robinson

| | |
|---|---|
| **From:** | James M. Robinson |
| **Sent:** | Wednesday, April 09, 2008 4:59 PM |
| **To:** | 'tom.kuhnle@bingham.com'; 'kristen.pezone@bingham.com' |
| **Cc:** | Gregory S. Cavallo |

**Subject:** Masters v. Boston Scientific Corp.

Mr. Kuhnle:

I am writing to request that your client agree to allow us to propound 15 additional interrogatories. Based on your client's responses to our first set of interrogatories, we believe it is necessary to both reformulate a few of our prior requests and to ask some new requests.

As you pointed out in your responses to our prior Interrogatory Nos. 26 and 27, under FRCP Rule 33, each party is permitted to ask no more than 25 interrogatories. The Court's scheduling order made no reference to a limit on interrogatories. Rather than seek permission from Magistrate Judge Howard R. Lloyd, we hope that you will stipulate to our request. We will, of course, reciprocate your professional courtesy.

Best regards,

James Robinson

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

**EXHIBIT B**

## James M. Robinson

| | |
|---|---|
| **From:** | Kuhnle, Tom [tom.kuhnle@bingham.com] |
| **Sent:** | Thursday, April 10, 2008 4:22 PM |
| **To:** | James M. Robinson; Pezone, Kristen M. |
| **Cc:** | Gregory S. Cavallo |

**Subject:** RE: Masters v. Boston Scientific Corp.

James:

Could you give us a little better idea of what sorts of interrogatories you have in mind? I am not sure mere "reformulation" meets the "good cause" standard, but I am willing to keep an open mind.

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Wednesday, April 09, 2008 4:59 PM
**To:** Kuhnle, Tom; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** Masters v. Boston Scientific Corp.

Mr. Kuhnle:

I am writing to request that your client agree to allow us to propound 15 additional interrogatories. Based on your client's responses to our first set of interrogatories, we believe it is necessary to both reformulate a few of our prior requests and to ask some new requests.

As you pointed out in your responses to our prior Interrogatory Nos. 26 and 27, under FRCP Rule 33, each party is permitted to ask no more than 25 interrogatories. The Court's scheduling order made no reference to a limit on interrogatories. Rather than seek permission from Magistrate Judge Howard R. Lloyd, we hope that you will stipulate to our request. We will, of course, reciprocate your professional courtesy.

Best regards,

James Robinson

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

=========================================================================================

.

**EXHIBIT C**

## James M. Robinson

| | |
|---|---|
| **From:** | James M. Robinson |
| **Sent:** | Thursday, April 10, 2008 5:04 PM |
| **To:** | 'Kuhnle, Tom'; Pezone, Kristen M. |
| **Cc:** | Gregory S. Cavallo |
| **Subject:** | RE: Masters v. Boston Scientific Corp. |
| **Attachments:** | Interrogatories, Set TWO.pdf |

Mr. Kuhnle:

Sure, I can do that. Attached is the current draft of the additional interrogatories we would like to serve on your client. Please let me know whether you are agreeable to our request by no later than Monday, April 14, 2008.

Thank you for your cooperation.

Best regards,

James Robinson

---

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

---

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

---

**From:** Kuhnle, Tom [mailto:tom.kuhnle@bingham.com]
**Sent:** Thursday, April 10, 2008 4:22 PM
**To:** James M. Robinson; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

James:

Could you give us a little better idea of what sorts of interrogatories you have in mind? I am not sure mere "reformulation" meets the "good cause" standard, but I am willing to keep an open mind.

---

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Wednesday, April 09, 2008 4:59 PM
**To:** Kuhnle, Tom; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** Masters v. Boston Scientific Corp.

Mr. Kuhnle:

I am writing to request that your client agree to allow us to propound 15 additional interrogatories. Based on your client's responses to our first set of interrogatories, we believe it is necessary to both reformulate a few of our prior requests and to ask some new requests.

As you pointed out in your responses to our prior Interrogatory Nos. 26 and 27, under FRCP Rule 33, each party is permitted to ask no more than 25 interrogatories. The Court's scheduling order made no reference to a limit on interrogatories. Rather than seek permission from Magistrate Judge Howard R. Lloyd, we hope that you will stipulate to our request. We will, of course, reciprocate your professional courtesy.

Best regards,

James Robinson

---

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

---

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.
The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

**EXHIBIT D**

## James M. Robinson

**From:**   Kuhnle, Tom [tom.kuhnle@bingham.com]
**Sent:**   Sunday, April 13, 2008 9:17 PM
**To:**   James M. Robinson; Pezone, Kristen M.
**Cc:**   Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

James:

I am just looking at these tonight, and will need to get client input, which typically takes a few days. I will get back to you as soon as I can, though I suspect it will be mid-week.

---

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Thursday, April 10, 2008 5:04 PM
**To:** Kuhnle, Tom; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

Mr. Kuhnle:

Sure, I can do that. Attached is the current draft of the additional interrogatories we would like to serve on your client. Please let me know whether you are agreeable to our request by no later than Monday, April 14, 2008.

Thank you for your cooperation.

Best regards,

James Robinson

---

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

---

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

---

**From:** Kuhnle, Tom [mailto:tom.kuhnle@bingham.com]
**Sent:** Thursday, April 10, 2008 4:22 PM
**To:** James M. Robinson; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

James:

Could you give us a little better idea of what sorts of interrogatories you have in mind? I am not sure mere "reformulation" meets the "good cause" standard, but I am willing to keep an open mind.

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Wednesday, April 09, 2008 4:59 PM
**To:** Kuhnle, Tom; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** Masters v. Boston Scientific Corp.

Mr. Kuhnle:

I am writing to request that your client agree to allow us to propound 15 additional interrogatories. Based on your client's responses to our first set of interrogatories, we believe it is necessary to both reformulate a few of our prior requests and to ask some new requests.

As you pointed out in your responses to our prior Interrogatory Nos. 26 and 27, under FRCP Rule 33, each party is permitted to ask no more than 25 interrogatories. The Court's scheduling order made no reference to a limit on interrogatories. Rather than seek permission from Magistrate Judge Howard R. Lloyd, we hope that you will stipulate to our request. We will, of course, reciprocate your professional courtesy.

Best regards,

James Robinson

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.
The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

# EXHIBIT E

## James M. Robinson

**From:** James M. Robinson
**Sent:** Wednesday, April 16, 2008 6:27 PM
**To:** 'Kuhnle, Tom'
**Subject:** RE: Masters v. Boston Scientific Corp.

Mr. Kuhnle-

Have you made a decision regarding the additional interrogatories? I'd like to get this matter resolved as soon as possible.

Thank you,

James Robinson

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

**From:** Kuhnle, Tom [mailto:tom.kuhnle@bingham.com]
**Sent:** Sunday, April 13, 2008 9:17 PM
**To:** James M. Robinson; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

James:

I am just looking at these tonight, and will need to get client input, which typically takes a few days. I will get back to you as soon as I can, though I suspect it will be mid-week.

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Thursday, April 10, 2008 5:04 PM
**To:** Kuhnle, Tom; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

Mr. Kuhnle:

Sure, I can do that. Attached is the current draft of the additional interrogatories we would like to serve on your client. Please let me know whether you are agreeable to our request by no later than Monday, April 14, 2008.

Thank you for your cooperation.

Best regards,

James Robinson

---

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

---

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

**From:** Kuhnle, Tom [mailto:tom.kuhnle@bingham.com]
**Sent:** Thursday, April 10, 2008 4:22 PM
**To:** James M. Robinson; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

James:

Could you give us a little better idea of what sorts of interrogatories you have in mind?  I am not sure mere "reformulation" meets the "good cause" standard, but I am willing to keep an open mind.

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Wednesday, April 09, 2008 4:59 PM
**To:** Kuhnle, Tom; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** Masters v. Boston Scientific Corp.

Mr. Kuhnle:

I am writing to request that your client agree to allow us to propound 15 additional interrogatories.  Based on your client's responses to our first set of interrogatories, we believe it is necessary to both reformulate a few of our prior requests and to ask some new requests.

As you pointed out in your responses to our prior Interrogatory Nos. 26 and 27, under FRCP Rule 33, each party is permitted to ask no more than 25 interrogatories.  The Court's scheduling order made no reference to a limit on interrogatories.  Rather than seek permission from Magistrate Judge Howard R. Lloyd, we hope that you will stipulate to our request.  We will, of course, reciprocate your professional courtesy.

Best regards,

James Robinson

---

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.
The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

**EXHIBIT F**

## James M. Robinson

**From:**    Kuhnle, Tom [tom.kuhnle@bingham.com]
**Sent:**    Thursday, April 17, 2008 9:32 AM
**To:**    James M. Robinson
**Cc:**    Pezone, Kristen M.
**Subject:** RE: Masters v. Boston Scientific Corp.

James:

We still haven't heard back from our client. We will respond, one way or the other, by the close of business tomorrow. We apologize for the delay.

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Wednesday, April 16, 2008 6:27 PM
**To:** Kuhnle, Tom
**Subject:** RE: Masters v. Boston Scientific Corp.

Mr. Kuhnle-

Have you made a decision regarding the additional interrogatories? I'd like to get this matter resolved as soon as possible.

Thank you,

James Robinson

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

**From:** Kuhnle, Tom [mailto:tom.kuhnle@bingham.com]
**Sent:** Sunday, April 13, 2008 9:17 PM
**To:** James M. Robinson; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

James:

I am just looking at these tonight, and will need to get client input, which typically takes a few days. I will get back to you as soon as I can, though I suspect it will be mid-week.

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Thursday, April 10, 2008 5:04 PM
**To:** Kuhnle, Tom; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

Mr. Kuhnle:

Sure, I can do that. Attached is the current draft of the additional interrogatories we would like to serve on your client. Please let me know whether you are agreeable to our request by no later than Monday, April 14, 2008.

Thank you for your cooperation.

Best regards,

James Robinson

---

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

---

**From:** Kuhnle, Tom [mailto:tom.kuhnle@bingham.com]
**Sent:** Thursday, April 10, 2008 4:22 PM
**To:** James M. Robinson; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

James:

Could you give us a little better idea of what sorts of interrogatories you have in mind? I am not sure mere "reformulation" meets the "good cause" standard, but I am willing to keep an open mind.

---

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Wednesday, April 09, 2008 4:59 PM
**To:** Kuhnle, Tom; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** Masters v. Boston Scientific Corp.

Mr. Kuhnle:

I am writing to request that your client agree to allow us to propound 15 additional interrogatories. Based on your client's responses to our first set of interrogatories, we believe it is necessary to both reformulate a few of our prior requests and to ask some new requests.

As you pointed out in your responses to our prior Interrogatory Nos. 26 and 27, under FRCP Rule 33, each party is permitted to ask no more than 25 interrogatories. The Court's scheduling order made no reference to a limit on interrogatories. Rather than seek permission from Magistrate Judge Howard R. Lloyd, we hope that you will stipulate to our request. We will, of course, reciprocate your professional courtesy.

Best regards,

James Robinson

---

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

---

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

---

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.
The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

**EXHIBIT G**

# James M. Robinson

| | |
|---|---|
| **From:** | Kuhnle, Tom [tom.kuhnle@bingham.com] |
| **Sent:** | Friday, April 18, 2008 3:32 PM |
| **To:** | James M. Robinson |
| **Cc:** | Pezone, Kristen M.; Gregory S. Cavallo |
| **Subject:** | RE: Masters v. Boston Scientific Corp. |

James:

At present, we cannot agree to respond to the draft interrogatories. The Federal Rules of Civil Procedure prescribe a limit of 25 interrogatories. Your initial set of interrogatories were not particularly economical, and the draft second set shares that trait. Some in the second set pose questions to which we have already responded, while others simply don't make sense (interrogatory 45, for example, cross-references itself). While we are not inclined to stipulate to interrogatories beyond what is prescribed in the Federal Rules, we suggest that the parties revisit this issue after the settlement conference, at which time both sides will better understand their respective positions and it may be possible to efficiently exchange key bits of missing information.

---

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Wednesday, April 16, 2008 6:27 PM
**To:** Kuhnle, Tom
**Subject:** RE: Masters v. Boston Scientific Corp.

Mr. Kuhnle-

Have you made a decision regarding the additional interrogatories? I'd like to get this matter resolved as soon as possible.

Thank you,

James Robinson

---

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

---

**From:** Kuhnle, Tom [mailto:tom.kuhnle@bingham.com]
**Sent:** Sunday, April 13, 2008 9:17 PM
**To:** James M. Robinson; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

James:

I am just looking at these tonight, and will need to get client input, which typically takes a few days. I will get back to you as soon as I can, though I suspect it will be mid-week.

---

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Thursday, April 10, 2008 5:04 PM
**To:** Kuhnle, Tom; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

Mr. Kuhnle:

Sure, I can do that. Attached is the current draft of the additional interrogatories we would like to serve on your client. Please let me know whether you are agreeable to our request by no later than Monday, April 14, 2008.

Thank you for your cooperation.

Best regards,

James Robinson

---

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

---

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

---

**From:** Kuhnle, Tom [mailto:tom.kuhnle@bingham.com]
**Sent:** Thursday, April 10, 2008 4:22 PM
**To:** James M. Robinson; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** RE: Masters v. Boston Scientific Corp.

James:

Could you give us a little better idea of what sorts of interrogatories you have in mind? I am not sure mere "reformulation" meets the "good cause" standard, but I am willing to keep an open mind.

---

**From:** James M. Robinson [mailto:james@shopoffcavallo.com]
**Sent:** Wednesday, April 09, 2008 4:59 PM
**To:** Kuhnle, Tom; Pezone, Kristen M.
**Cc:** Gregory S. Cavallo
**Subject:** Masters v. Boston Scientific Corp.

Mr. Kuhnle:

4/22/2008

I am writing to request that your client agree to allow us to propound 15 additional interrogatories. Based on your client's responses to our first set of interrogatories, we believe it is necessary to both reformulate a few of our prior requests and to ask some new requests.

As you pointed out in your responses to our prior Interrogatory Nos. 26 and 27, under FRCP Rule 33, each party is permitted to ask no more than 25 interrogatories. The Court's scheduling order made no reference to a limit on interrogatories. Rather than seek permission from Magistrate Judge Howard R. Lloyd, we hope that you will stipulate to our request. We will, of course, reciprocate your professional courtesy.

Best regards,

James Robinson

---

James Murray Robinson | Shopoff & Cavallo LLP | www.shopoffcavallo.com
505 Sansome Street | Suite 1505 | San Francisco, California | 94111
james@shopoffcavallo.com | t 415.984.1975 | f 415.984.1978

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at james@shopoffcavallo.com. Thank you.

---

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.
The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.