Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
Shopoff & Cavallo LLP
505 Sansome Street, Suite 1505
San Francisco, CA  94111
Telephone:  415-984-1975
Facsimile: 415-984-1978

Attorneys for Plaintiff DONALD MASTERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD MASTERS,<br><br>           Plaintiff,<br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br>BOSTON SCIENTIFIC CORPORATION 2000 LONG TERM INCENTIVE PLAN, and DOES 1 though 50,<br><br>           Defendants. | CASE NO. 5-07-03792 (JW)<br><br>**[PROPOSED] ORDER RE PLAINTIFF DONALD MASTERS' MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES**<br><br>Date:     June 3, 2008<br>Time:    10:00 a.m.<br>Place:   Courtroom 2, 5th Floor<br>Judge:   Magistrate Judge Howard R. Lloyd |

This Court, having reviewed plaintiff Donald Masters' Motion for Leave to Serve Additional Interrogatories, and good cause appearing, makes the following Order:

IT IS HEREBY ORDERED that plaintiff is granted leave to serve 18 additional interrogatories on defendant Boston Scientific Corporation which substantially comport with those interrogatories described in plaintiff's Local Rule 33-3 Statement.

Dated: _____

                                               _____
                                               Magistrate Judge of the
                                               United States District Court