**United States District Court**
For the Northern District of California

*E-FILED 4/25/2008*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD MASTERS, | No. C07-03792 JW (HRL) |
| Plaintiff, | **CLERK'S NOTICE CONTINUING MOTION HEARING** |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC CORPORATION 2000 LONG TERM INCENTIVE PLAN and DOES 1 through 50, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT the court will be unavailable on June 3, 2008. Accordingly, the hearing on plaintiff's discovery motion (Docket #33) has been **continued to June 10, 2008, 10:00 a.m. in Courtroom 2**, United States District Court, 280 South First Street, San Jose, California.

Dated:   April 25, 2008

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**5:07-cv-3792 Notice has been electronically mailed to:**

Gregory S. Cavallo , Esq greg@shopoffcavallo.com, cindy@shopoffcavallo.com

Thomas Eilif Kuhnle Tom.Kuhnle@Bingham.com

Kristen Pezone kristen.pezone@bingham.com, mary.maggini@bingham.com

Jeffrey William Shopoff jeff@shopoffcavallo.com, cindy@shopoffcavallo.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**