UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __3h20m__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__          DATE: __5/5/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                           CASE #: __C 07-03792JW__

CASE TITLE: __DONALD MASTERS__    VS.    __BOSTON SCIENTIFIC CORPORATION__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__GREG CAVALLO__                          __TOM KUHNLE__

__JEFF SHOPOFF__                          __KRISTIN PEZONE__

**TODAY'S PROCEEDINGS**

{X} SETTLEMENT CONF.   { } PRETRIAL CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|---|---|---|---|---|
| { } | { } | { } | 1. | |
| { } | { } | { } | 2. | |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED     [X] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED          [ ] DENIED          [ ] SUBMITTED          [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**     [ ] PLTF;     [ ] DEFT;     [ ] COURT
Additional Comments: _____