# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   June 10, 2008                              Time in Court: 13 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**   Donald Masters v. Boston Scientific Corporation et al
**CASE NUMBER**: C07-03792JW
Plaintiff Attorney present: James Robinson
Defendant Attorney present: Kirsten Pezone

---

**PROCEEDINGS: Plaintiff's Motion for Leave to Serve Additional Interrogatories**


Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.