Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
Shopoff & Cavallo LLP
505 Sansome Street, Suite 1505
San Francisco, CA 94111
Telephone: 415-984-1975
Facsimile: 415-984-1978

Attorneys for Plaintiff DONALD MASTERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD MASTERS,<br><br>　　　　　Plaintiff,<br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC CORPORATION 2000 LONG TERM INCENTIVE PLAN, and DOES 1 though 50,<br><br>　　　　　Defendants. | CASE NO. 5-07-03792 (JW)<br><br>**STIPULATION TO RESCHEDULE PRELIMINARY PRETRIAL CONFERENCE**<br><br>Date:　August 25, 2008<br>Time:　11:00 a.m.<br>Place:　Dept. 8<br>Judge:　Hon. James Ware |

　　　WHEREAS, the Preliminary Pretrial Conference in this matter is now scheduled for August 25, 2008, at 11:00 a.m.;

　　　WHEREAS, plaintiff's counsel has requested, and defendants have agreed, that the conference be rescheduled for September 8, 2008, at 11:00 a.m.

///

///

///

///

///

///

-1-
**STIPULATION TO RESCHEDULE PRELIMINARY PRETRIAL CONFERENCE**

IT IS HEREBY STIPULATED that the Preliminary Pretrial Conference currently scheduled for August 25, 2008, at 11:00 a.m. in Department 8 of this Court shall be rescheduled for September 8, 2008, at 11:00 a.m.

DATED: August 5, 2008　　　　　　　　SHOPOFF & CAVALLO LLP

By _____/s/_____
　　Gregory S. Cavallo
Attorneys for Plaintiff DONALD MASTERS

DATED: August 5, 2008　　　　　　　　BINGHAM McCUTCHEN LLP

By _____/s/_____
　　Thomas Kuhnle
Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

IT IS SO ORDERED.

DATED: _____　　　　_____
　　　　　　　　　　　　　　　　　　Hon. James Ware
　　　　　　　　　　　　　　　　　　United States District Judge