Jeffrey W. Shopoff (Bar No. 46278)
Gregory S. Cavallo (Bar No. 173270)
James M. Robinson (Bar No. 238063)
Shopoff & Cavallo LLP
505 Sansome Street, Suite 1505
San Francisco, CA 94111
Telephone: 415-984-1975
Facsimile: 415-984-1978

Attorneys for Plaintiff DONALD MASTERS

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — /s/ James Ware — Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD MASTERS,<br><br>    Plaintiff,<br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC CORPORATION 2000 LONG TERM INCENTIVE PLAN, and DOES 1 though 50,<br><br>    Defendants. | CASE NO. 5-07-03792 (JW)<br><br>**STIPULATION TO RESCHEDULE PRELIMINARY PRETRIAL CONFERENCE**<br><br>Date:   August 25, 2008<br>Time:   11:00 a.m.<br>Place:   Dept. 8<br>Judge:  Hon. James Ware |

    WHEREAS, the Preliminary Pretrial Conference in this matter is now scheduled for August 25, 2008, at 11:00 a.m.;

    WHEREAS, plaintiff's counsel has requested, and defendants have agreed, that the conference be rescheduled for September 8, 2008, at 11:00 a.m.

///
///
///
///
///
///

IT IS HEREBY STIPULATED that the Preliminary Pretrial Conference currently scheduled for August 25, 2008, at 11:00 a.m. in Department 8 of this Court shall be rescheduled for September 8, 2008, at 11:00 a.m.

DATED: August 5, 2008            SHOPOFF & CAVALLO LLP

                                 By _____/s/_____
                                    Gregory S. Cavallo
                                 Attorneys for Plaintiff DONALD MASTERS


DATED: August 5, 2008            BINGHAM McCUTCHEN LLP

                                 By _____/s/_____
                                    Thomas Kuhnle
                                 Attorneys for Defendant
                                 BOSTON SCIENTIFIC CORPORATION

*** ORDER ***

On or before **August 29, 2008**, the parties shall file their Joint Preliminary Pretrial Statement.

DATED: ___August 11, 2008___     _____/s/ James Ware_____
                                 Hon. James Ware
                                 United States District Judge