# Shopoff & Cavallo LLP
Litigation Attorneys

Jeffrey W. Shopoff   jeff@shopoffcavallo.com
Gregory S. Cavallo   greg@shopoffcavallo.com
James M. Robinson    james@shopoffcavallo.com

505 Sansome Street, Suite 1505
San Francisco, California 94111

Phone: 415.984.1975
Fax: 415.984.1978

http://www.shopoffcavallo.com

August 4, 2008



**BY FEDERAL EXPRESS**

Honorable James Ware
United States District Judge
Department 8
Northern District of California
280 S. First Street
San Jose, CA 95113

Re:   Masters v. Boston Scientific Corporation
      U.S.D.C., N.D. Cal., Case No. 5:07-cv-03792-JW

Dear Judge Ware:

I represent plaintiff Donald Masters in the above matter. There is a Preliminary Pretrial Conference calendared for 11:00 a.m. on August 25, 2008. It would be very inconvenient for me to appear on that date, as I have a vacation planned for that week. I apologize for not informing you sooner.

Opposing counsel has agreed to reschedule this conference for 11:00 a.m. September 8, 2008. If this rescheduling is not convenient for the court, I would appreciate receiving alternatives.

Respectfully submitted,

Gregory S. Cavallo
Shopoff & Cavallo LLP

GSC:cm