1  Bingham McCutchen LLP
   THOMAS KUHNLE (SBN 178055)
2  email:  tom.kuhnle@bingham.com
   KRISTEN M. PEZONE (SBN 224057)
3  email:  kristen.pezone@bingham.com
   1900 University Avenue
4  East Palo Alto, CA  94303
   Telephone:  650.849.4400
5  Facsimile:  650.849.4800

6  Attorneys for Defendant
   BOSTON SCIENTIFIC CORPORATION
7

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  DONALD MASTERS,                          No. 5:07-cv-03792-JW

13          Plaintiff,                       STIPULATION AND [PROPOSED]
        v.                                   ORDER TO RESET HEARING DATE
14                                           AND RELATED PRETRIAL DATES
    BOSTON SCIENTIFIC CORPORATION,
15  BOSTON SCIENTIFIC CORPORATION 2000
    LONG TERM INCENTIVE PLAN and DOES 1-
16  50,                                      Courtroom:  8
                                             Judge:      Hon. James Ware
17          Defendant.

18

19         WHEREAS, on November 3, 2008, Defendant Boston Scientific filed a Motion

20  for Summary Judgment;

21         WHEREAS, the hearing date for the Motion for Summary Judgment was set for

22  December 8, 2008, at 9:00 a.m.;

23         WHEREAS, on November 19, 2008, the parties were informed that the hearing

24  date was continued by the Court to December 22, 2008;

25         WHEREAS, Defendant's lead counsel will be traveling for the holidays from

26  December 20 to January 3 and therefore is unable to argue the Motion on the December 22

27  hearing date; and

28

A/72759180.1/0088579-0000326656                    Case No.  No. 5:07-cv-03792-JW

JOINT STPULATION AND [PROPOSED] ORDER RE HEARING DATE

1    WHEREAS, the Court has set January 9, 2009, as the deadline for submitting pretrial filings.

2    THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of record of the parties in this action, pursuant to the approval of the Court, that:

1. The hearing on Defendant's Motion for Summary Judgment is continued from December 22, 2008 to **February 2, 2009 at 9 a.m.**

2. The date before which the parties shall meet and confer regarding the Joint Pretrial Conference Statement, and the date by which the Joint Pretrial Conference Statement and *in limine* motions shall be submitted, shall be continued from January 9, 2009 to January 20, 2009.

DATED: November 20, 2008    Shopoff & Cavallo LLP

By:　　　　/s/　　　　
Gregory S. Cavallo
Attorneys for Plaintiff
DONALD MASTERS

DATED: November 20, 2008    Bingham McCutchen LLP

By:　　　　/s/　　　　
Thomas E. Kuhnle
Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

IT IS SO ORDERED AS MODIFIED ABOVE.

DATED: November 20, 2008

_____
Judge James Ware
United States District Court Judge

A/72759180.1/0088579-0000326656    2    Case No. No. 5:07-cv-03792-JW

JOINT STPULATION AND [PROPOSED] ORDER RE HEARING DATE