<div style="writing-mode:vertical">**United States District Court**
For the Northern District of California</div>

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Donald Masters, | No. C 07-03792 JW |
| Plaintiff, | **THIRD REVISED FINAL PRETRIAL CONFERENCE ORDER - BENCH TRIAL** |
| v. | |
| Boston Scientific Corp., et al., | |
| Defendants. | |

On April 7, 2009, the Court issued its Second Revised Final Pretrial Order to reschedule the parties' bench trial in light of a scheduling conflict. (See Docket Item No. 86.) The Court gave the parties June 18-19, 2009 as trial dates. At the time the Court issued its April Order, the Court's calendar was completely full for the month of June. However, the Court's calendar has now opened up, allowing the Court to advance this trial to one week in order to avoid it being continued once more in light of a criminal case that is also set in the same time slot. Although the Court recognizes that these changes in the schedule have caused some delay, the Court is now assured that advancing the trial will remove it from scheduling conflicts and permit the case to move forward. Accordingly, the Court orders the following changes to the parties' trial schedule:

(1)     On or before **June 8, 2009**, the parties shall file their proposed findings of fact and conclusions of law. On or before this date, the parties shall also file a chronology of the events underlying this litigation. If possible, the parties shall submit a joint

chronology.  The parties may, however, file separate chronologies if they are unable to agree on the factual composition of the chronology.

(2)	The parties shall adhere to the following trial schedule.

### TRIAL SCHEDULE

| Sessions 1 - 4 | June 11-June 12, 2009; 9 a.m. - 12 p.m.; 1 p.m. - 4 p.m. |
|---|---|

In the event that any party has a conflict with the new schedule, the parties shall meet and confer and file a Stipulation to select the following available dates: (1) June 9-10, 2009; or (2) June 10-11.

Dated:  May 7, 2009

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE  BEEN DELIVERED TO:**

Gregory S. Cavallo greg@shopoffcavallo.com
James Murray Robinson james@shopoffcavallo.com
Jeffrey William Shopoff jeff@shopoffcavallo.com
Kristen Pezone kristen.pezone@bingham.com
Thomas Eilif Kuhnle Tom.Kuhnle@Bingham.com


**Dated:  May 7, 2009**                                    **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California

3