1  Bingham McCutchen LLP
   THOMAS KUHNLE (SBN 178055)
2  email:  tom.kuhnle@bingham.com
   KRISTEN M. PEZONE (SBN 224057)
3  email:  kristen.pezone@bingham.com
   1900 University Avenue
4  East Palo Alto, CA  94303
   Telephone:  650.849.4400
5  Facsimile:  650.849.4800

6  Attorneys for Defendant
   BOSTON SCIENTIFIC CORPORATION
7

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

8        UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA

10       SAN JOSE DIVISION

11

12  DONALD MASTERS,                              No. 5:07-cv-03792-JW

13           Plaintiff,                          STIPULATION AND [PROPOSED]
         v.                                      ORDER REGARDING TRIAL DATES
14
    BOSTON SCIENTIFIC CORPORATION,
15  BOSTON SCIENTIFIC CORPORATION 2000
    LONG TERM INCENTIVE PLAN and DOES 1-         Courtroom:  8
16  50,                                          Judge:      Hon. James Ware

17           Defendant.

18

19       WHEREAS, on May 7, 2009, the parties received the Court's Third Revised Final

20  Pretrial Conference Order--Bench Trial;

21       WHEREAS, the Third Revised Final Pretrial Conference Order--Bench Trial

22  advanced the trial date of this Action by one week to June 11-12, 2009;

23       WHEREAS, the Third Revised Final Pretrial Conference Order--Bench Trial also

24  stated that in the event any party had a conflict with the new schedule, the parties should meet

25  and confer, and file a stipulation to select alternative dates including either June 9-10 or June 10-

26  11, 2009; and

27

28

1    WHEREAS, because of scheduling issue the parties have met and conferred
2    regarding alternative dates and have agreed that the trial set for June 11-12 should be reset to
3    June 10-11;

4    **THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and**
5    **between the attorneys of record of the parties in this action that trial should be reset for**
6    **June 10-11, 2009.**

7    DATED:  May 12, 2009          Shopoff & Cavallo LLP

10                                  By: _____/s/_____
                                    Gregory S. Cavallo
                                    Attorneys for Plaintiff
11                                  DONALD MASTERS

12   DATED:  May 12, 2009          Bingham McCutchen LLP

15                                  By: _____/s/_____
                                    Thomas E. Kuhnle
                                    Attorneys for Defendant
16                                  BOSTON SCIENTIFIC CORPORATION

17   **IT IS SO ORDERED:**
18   The parties' proposed findings of fact and conclusions of law, and a joint chronology of the
     events underlying the litigation remain due on **June 8, 2009.**

19   DATED:  May 12, 2009

22                                  _____
                                    Judge James Ware
                                    United States District Court Judge

A/73035881.1/0088579-0000326656          2                Case No. No. 5:07-cv-03792-JW

JOINT STPULATION AND ORDER RE TRIAL DATES