**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10   Donald Masters,                         NO. C 07-03792 JW

11              Plaintiff,                    **JUDGMENT**
        v.
12
     Boston Scientific Corp., et al.,
13
                Defendants.
14   _____/

15        This case was tried to the Court sitting without a jury, a jury having been waived by all

16   parties and only equitable issues were being tried.  At the close of the evidence, pursuant to Federal

17   Rule of Civil Procedure 52(a)(1), the Court stated its findings of fact and conclusions of law on the

18   record.

19        Good cause appearing, judgment is entered in favor of Plaintiff Donald Masters, against

20   Defendants Boston Scientific Corporation and Boston Scientific Corporation 2000 Long Term

21   Incentive Plan, in the sum of $279,500.00.  Prejudgment interest is awarded to Plaintiff at a rate of

22   simple twelve percent under Massachusetts law, calculated from January 12, 2001 to July 1, 2009.

23   Plaintiff shall take nothing for his claim of breach of fiduciary duty.

24        Each party shall bear their own fees and costs.  The Clerk shall close this file.

25

26   Dated:  July 1, 2009                    _____
                                             JAMES WARE
27                                           United States District Judge

28

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Gregory S. Cavallo greg@shopoffcavallo.com
     James Murray Robinson james@shopoffcavallo.com
3    Jeffrey William Shopoff jeff@shopoffcavallo.com
     Kristen Pezone kristen.pezone@bingham.com
4    Thomas Eilif Kuhnle Tom.Kuhnle@Bingham.com

5

6    **Dated:  July 1, 2009**                          **Richard W. Wieking, Clerk**

7
                                                        **By:    /s/ JW Chambers**
8                                                          **Elizabeth Garcia**
                                                           **Courtroom Deputy**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28